IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT ELLIS, | No. C 14-1854 CW (PR) |
|     Petitioner, | ORDER DISMISSING PETITION; GRANTING LEAVE TO PROCEED <u>IN FORMA PAUPERIS</u> |
|   v. | |
| M. FOULK, Warden, | Docket nos. 2, 3 |
|     Respondent. | |
| _____/ | |

    Petitioner, a state prisoner, has filed the present <u>pro se</u> petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2254, challenging his 1998 conviction for murder and attempted murder. Petitioner previously challenged the same conviction in a habeas petition that was denied on the merits. <u>See</u> <u>Ellis v. Roe</u>, Case No. C 01-3141 MMC (PR). Since that denial, this Court has denied, under 28 U.S.C. § 2244, several attempts by Petitioner to present a renewed challenge to his conviction without prior approval from the Ninth Circuit. <u>See</u> <u>Ellis v. Foulk</u>, Case No. C 13-1985 CW (PR); <u>Ellis v. Hill</u>, Case No. C 12-5673 CW (PR); <u>Ellis v. Hill</u>, Case No. C 11-05389 CW (PR); <u>Ellis v. Hill</u>, Case No. C 11-05121 CW (PR); and <u>Ellis v. Hill</u>, Case No. C 09-00351 CW (PR).

    A second or successive petition containing previously raised or new claims may not be filed in the district court unless the petitioner first obtains from the United States Court of Appeals an order authorizing the district court to consider the petition. 28 U.S.C. § 2244(b)(3)(A). Petitioner has not obtained such authorization.

As Petitioner has been informed by the Court in its previous orders dismissing his successive petitions, because he has not obtained prior approval from the Ninth Circuit for this Court to consider his renewed challenge to his conviction in the present petition, the petition must be DISMISSED without prejudice. Petitioner may only file another petition in this Court if he obtains the necessary order from the Ninth Circuit.

In light of Petitioner's lack of funds, his application to proceed in forma pauperis is GRANTED.

The Clerk of the Court shall terminate all pending motions in the present action, enter judgment and close the file.

This Order terminates Docket nos. 2 and 3.

IT IS SO ORDERED.

Dated: 6/12/2014

CLAUDIA WILKEN
United States District Judge

2