IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

ROBERT ELLIS,   No. C 14-1854 CW (PR)

    Petitioner,   JUDGMENT

  v.

M. FOULK, Warden,

    Respondent.
_____/

    For the reasons discussed in the Court's Order of today's date, judgment is hereby entered dismissing the petition for a writ of habeas corpus without prejudice.

    The Clerk of the Court shall close the file.

    IT IS SO ORDERED.

Dated: 6/12/2014

CLAUDIA WILKEN
United States District Judge