UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| ROBERT J. ELLIS,<br>      Plaintiff,<br>   v.<br>F. FOULK,<br>      Defendant. | Case No. 14-cv-01854-CW<br><br>ORDER DENYING MOTION FOR RECONSIDERATION<br><br>Re: Dkt. No. 7 |
|---|---|

On June 12, 2014, this Court dismissed Petitioner Robert J. Ellis' pro se petition for a writ of habeas corpus on the ground that it was a second or successive petition. See Doc. no. 5. On the same date, judgment was entered. The Order stated, "As Petitioner has been informed by the Court in its previous orders dismissing his successive petitions, because he has not obtained prior approval from the Ninth Circuit for this Court to consider his renewed challenge to his conviction in the present petition, the petition must be dismissed with prejudice."

On June 30, 3014, Petitioner filed a motion for reconsideration indicating that he had filed a "complaint" that "shows that the trial and district attorney withheld extremely credible evidence that would prove that the evidence used to convict the Petitioner was totally false." Petitioner does not address the fact that he has filed many successive petitions in this Court and has not obtained approval from the Ninth Circuit

1  allowing this Court to consider his successive petition.  To the
2  contrary, Petitioner submits a March 19, 2014 order from the
3  Ninth Circuit denying his application to file a successive
4  petition.  This shows that this Court may not consider
5  Petitioner's successive petition.
6      Because Petitioner has failed to present evidence or
7  argument warranting reconsideration of the Court's order of
8  dismissal, his motion for reconsideration is denied.  This Order
9  terminates docket number 7.
10     IT IS SO ORDERED.
11 Dated:  October 29, 2014        _____
12                              CLAUDIA WILKEN
                             United States District Judge

United States District Court
Northern District of California